UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

### AFFIDAVIT

I, Anne M. LaHaye, Special Agent with the Federal Bureau of Investigation (FBI), New Orleans Division, Lafayette Resident Agency, being duly sworn do hereby depose and state as follows:

I am an investigative or law enforcement officer of the United States, employed as a Special Agent with the FBI since 2002. I am currently assigned to the Lafayette Resident Agency, New Orleans Division, and have responsibility for investigating a variety of federal violations.

This affidavit is in support of an application for a federal complaint alleging DAVID FREDERICK, hereinafter FREDERICK, date of birth XX/XX/1975, is in violation of Title 18, United States Code, Section 111(a)(1), assaulting, resisting, or impeding certain officers or employees, Section 111(b) enhanced penalty for inflicting bodily injury, and Title 18, United States Code, Section 2261(a)(1), interstate domestic violence.[1] The information contained herein is from information provided by another law enforcement agency and based on observations made by your Affiant.

---

[1] 18 U.S.C. §2261(a) (Interstate Domestic Violence) provides, in part, "a person...who enters or leaves Indian country...with the intent to kill, injure, harass, or intimidate a spouse, intimate partner, or dating partner, and who, in the course of or as a result of such travel, commits or attempts to commit a crime of violence against that spouse, intimate partner, or dating partner, shall be punished as provided in subsection (b)."

In October 2010, The Department of the Interior, Bureau of Indian Affairs, entered into a Public Law 93-638, *as amended*, Section 108 Model Agreement with the Chitimacha Tribe of Louisiana, Contract No. CTS50T97061.

On January 27, 2013, at approximately 8:11 p.m, Chitimacha Tribal Police Department (CTPD) dispatch received a telephone call from Anita Cook, who advised that her daughter Adrianne Cook (hereinafter "Cook"), had been assaulted by her boyfriend, DAVID FREDERICK, while leaving the Cypress Bayou Casino where Cook is employed. When CTPD Officers Ronald Bourque and Albert Guillory arrived at the scene, they located Cook and observed a large bump on Cook's forehead. Cook agreed to meet with the officers at the CTPD and complete a written statement documenting the assault.

Cook was interviewed and made two (2) written statements regarding: 1) the incident that occurred with FREDERICK on January 27, 2013; and 2) another incident of domestic violence involving FREDERICK that occurred on January 25, 2012.[2] Your affiant has been advised by Chitimacha Tribal Police that if an

---

[2] The first statement, dated 1/27/13 at 8:40 p.m., was related to the assault on January 27, 2013. In it, Cook stated the following:

"Leaving work at 8:00 pm on 1-27-13 was getting in my car and out of nowhere David Frederick jumps in my car as I was getting in my car and attacked me. I was trying to get out of car screaming for help and a co-worker heard me and when she came around in her car he let me go. Once the cops arrived I noticed my head had a bump and my neck and ear were marked from the attack from David."

The second statement, dated 1/27/13 at 8:50 p.m., was related to the assault on January 25, 2013. In it, Cook stated the following:

"On Friday January 25, 2013 around 8:30 a.m. David and I were having a disagreement over the fact that I misplaced my phone and all of a sudden he became violent and slapped me and threw me on the floor and stepped on the right side of my face leaving my face and ear black and blue. I went to work shortly after. Later on that evening we agreed to go our separate ways so that our children would not be affected but he never moved out or left. On Sunday January 27, 2013 while I was at work I text him making sure he dropped my kids off at my moms and to ask him to please be out of the house on 257 Chitimacha Loop by the time I got off work at 8:00 pm."

individual located at or near the residence of Cook and FREDERICK, on reservation property, were to seek to enter into the casino/casino parking lot, it would be necessary for the vehicle to first depart the reservation lands in order to re-enter the reservation at the casino.

While Cook completed her statement, FREDERICK arrived at the CTPD to turn himself into authorities. After Cook left the CTPD, FREDERICK was arrested, handcuffed and brought back to the booking room for processing. CTPD Officer Bourque, with his back to FREDERICK, began typing up the Offense/Incident Report and shortly afterwards, CTPD Officer Guillory removed the handcuffs from FREDERICK to begin fingerprinting. FREDERICK immediately stood up, took a few steps towards CTPD Officer Bourque and grabbed for his duty weapon, a .357 revolver, which was seated in the holster. CTPD Officer Guillory grabbed FREDERICK from behind telling him to "let go" while Bourque kept his hand on his weapon. During the altercation, which was video recorded, FREDERICK can be heard stating, "just fucking shoot me...get it over with," or words to that effect. While securing his weapon with his right hand, CTPD Officer Bourque used his left hand to pepper spray FREDERICK. CTPD Officer Guillory then removed his taser and deployed it on FREDERICK'S upper torso. FREDERICK fell to the ground and was placed back in handcuffs. CTPD Officer Bourque was later treated by Emergency Medical Services for a laceration to his right forearm from the altercation with FREDERICK.

While conducting the investigation, your Affiant obtained and viewed a digital copy of the incident that occurred in the CTPD booking room, which is equipped with surveillance cameras. Video surveillance shows FREDERICK'S

hand(s) on the grip of the revolver. Additionally, the video supported both CTPD Officers Bourque and Guillory's statements.

Based on the information set forth above it is respectfully submitted that there is probable cause to believe that FREDERICK is in violation of Title 18, United States Code, Section 111(a)(1), assaulting, resisting, or impeding certain officers or employees and Title 18, United States Code, Section 2261(a)(1), interstate domestic violence. Due to these facts, it is requested that an arrest warrant be issued for DAVID FREDERICK.

I declare that the information provided above is true and correct to the best of my knowledge and belief.

Anne M. LaHaye
Special Agent
Federal Bureau of Investigation


SUBSCRIBED AND SWORN TO before me this ___ day of February, 2013 at Lafayette, Louisiana.


HONORABLE C. MICHAEL HILL
United States Magistrate Judge
Western District of Louisiana