# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 13CR 00050-01 |
| | * | 18 U.S.C. § 111(a) and (b) |
| | * | 18 U.S.C. § 113(a)(4) |
| | * | 18 U.S.C. § 1152    JUDGE HAIK |
| VERSUS | * | 18 U.S.C. § 2261(a)(1) |
| | * | |
| | * | MAGISTRATE JUDGE HILL |
| DAVID FREDERICK | * | |

## COUNT 1

### Assaulting, Resisting or Impeding Certain Officers or Employees

### 18 U.S.C. § 111(a) and (b)

On or about the 27th day of January, 2013, in the Western District of Louisiana, the defendant, DAVID FREDERICK, intentionally did forcibly assault, resist, oppose, impede, intimidate, interfere, and engage in acts of physical contact with R.B., a law enforcement officer of the Chitimacha Tribal Police Department, causing bodily injury, while R.B. was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111. [18 U.S.C. § 111(a) and (b)].

## COUNT 2

### Assaulting, Resisting or Impeding Certain Officers or Employees

### 18 U.S.C. § 111(a) and (b)

On or about the 27th day of January, 2013, in the Western District of Louisiana, the defendant, DAVID FREDERICK, intentionally did forcibly assault, resist, oppose, impede, intimidate, interfere, and engage in acts of physical contact with A.G., a law enforcement officer of the Chitimacha Tribal Police Department, with the intent to commit another felony, to wit, an assault involving physical contact with R.B., a law enforcement officer with the Chitimacha Tribal Police Department, while A.G. was engaged in the performance of his official duties; in violation of Title 18, United States Code, Section 111. [18 U.S.C. § 111(a)].

## COUNT 3

### Assault within Indian Country

### 18 U.S.C. §§ 113(a)(4) and 1152

On or about the 25th day of January, 2013, in the Western District of Louisiana, on the Chitimacha Tribal Reservation, within the Indian Country, as defined in Title 18, United States Code, Section 1151, the defendant, DAVID FREDERICK, a non-Indian, did knowingly and intentionally assault A.C., an

Indian, by striking, beating and wounding; in violation of Title 18, United States Code, Sections 113 and 1152. [18 U.S.C. §§ 113(a)(4) and 1152].

## COUNT 4

### Interstate Domestic Violence

### 18 U.S.C. § 2261(a)(1)

On or about the 27th day of January, 2013, in the Western District of Louisiana, the defendant, DAVID FREDERICK, entered Indian Country, with the intent to injure, harass and intimidate A.C., his intimate partner, and, in the course of, and as a result of such travel, committed a crime of violence against A.C., in violation of Title 18, United States Code, Section 2261(a)(1). [18 U.S.C. § 2261(a)(1)].

A TRUE BILL:

REDACTED

AND JURY

STEPHANIE A. FINLEY
United States Attorney

_____
DANIEL J. McCOY, La. Bar No. 29334
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618